KENNETH H. MACGREGOR, Respondent, v. FRANK REGITANO et al., Appellants.

ALTON B. THOMPSON, Respondent, v. FRANK REGITANO et al., Appellants.

(Argued October 19, 1933; decided November 21, 1933.)

*Joseph B. Murphy* and *Phillip T. Young* for Frank Regitano et al., appellants.

*Charles E. Spencer* for Harry Kroon, appellant.

*Jesse E. Kingsley* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.